202 So.2d 653

**LOUISIANA POWER & LIGHT COMPANY**

**v.**

**Nathan H. DEKLE.**

**No. 48847.**

Sept. 29, 1967.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.